## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONALD W. MARVIN,** | * |
| *Plaintiff,* | *  **Case No.: 12-cv-447** |
| **v.** | *  **Filed Electronically** |
| **ATM SYSTEMS CORPORATION** | * |
| **and DOES 1-10, inclusive,** | * |
| *Defendants.* | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs dismiss this action with prejudice.

Dated:  March 15, 2012                 Respectfully Submitted,


                    /s/ E. David Hoskins
                    E. David Hoskins, Bar No. 06705
                    LAW OFFICES OF E. DAVID HOSKINS, LLC
                    Quadrangle Building at Cross Keys
                    2 Hamill Road, Ste. 362
                    Baltimore, Maryland  21210
                    (410) 662-6500 (Tel.)
                    (410) 662-7800 (Fax)
                    *dhoskins@hoskinslaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2012, a copy of the foregoing was served via e-mail on the following:

cwheeler@HughesBentzen.com
Christopher Wheeler, Esquire
Hughes & Bentzen, PLLC
1100 Connecticut Avenue, N.W.
Suite 340
Washington, D.C.  20036

This 15th day of March, 2012.            */s/ E. David Hoskins*