IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONALD W. MARVIN,** | * |
| *Plaintiff,* | * Case No.: 12-cv-447 |
| v. | * Filed Electronically |
| **ATM SYSTEMS CORPORATION** and **DOES 1-10, inclusive,** | * JURY TRIAL DEMANDED |
| | * |
| *Defendants.* | |

\* * * * * * * * * * * * *

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Donald W. Marvin voluntarily dismisses this action with prejudice.

Dated: March 15, 2012   Respectfully Submitted,

    /s/ E. David Hoskins
E. David Hoskins, Bar No. EH2235
THE LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

Albany Office:

90 State Street, Ste. 700
Albany, New York 12207
(518) 935-2672