# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONALD W. MARVIN, | * |
| *Plaintiff,* | * Case No.: 12-cv-447 |
| v. | * Filed Electronically |
| ATM SYSTEMS CORPORATION and DOES 1-10, inclusive, | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs dismiss this action with prejudice.

Dated: March 15, 2012

Respectfully Submitted,

/s/ E. David Hoskins
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

Request GRANTED This 15th Day of March, 2012.

Richard D. Bennett
United States District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2012, a copy of the foregoing was served via e-mail on the following:

> cwheeler@HughesBentzen.com
> Christopher Wheeler, Esquire
> Hughes & Bentzen, PLLC
> 1100 Connecticut Avenue, N.W.
> Suite 340
> Washington, D.C.  20036

This 15th day of March, 2012.        _/s/ E. David Hoskins_